# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-2249-W |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| BERLIN PARTIDA aka "Birdie," | |
| Defendant. | |

**IT IS HEREBY ORDERED**, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, that the Indictment is dismissed without prejudice.

DATED: 10/23/25

Honorable Thomas J. Whelan
United States District Judge